UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

M<span>ARSHALL</span> S. S<span>OSBY</span>,

    Petitioner,      Case No. 2:21-cv-54

v.              Honorable Paul L. Maloney

M<span>IKE</span> B<span>ROWN</span>,

    Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: March 26, 2021      /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge