UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

MARSHALL S. SOSBY,

        Petitioner,               Case No. 2:21-cv-54

v.                                       Honorable Paul L. Maloney

MIKE BROWN,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: March 26, 2021                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge